**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 25-1504**

─────────

MOHAMMAD M. KARGARIAN,

        Plaintiff - Appellant,

    v.

STEVEN LNU, Security Officer, Presbyterian Hospital Emergency Room,

        Defendant - Appellee.

─────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:25-cv-00174-KDB-SCR)

─────────

Submitted:  August 21, 2025                    Decided:  August 25, 2025

─────────

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Mohammad M. Kargarian, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad M. Kargarian appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Kargarian v. Steven LNU*, No. 3:25-cv-00174-KDB-SCR (W.D.N.C. Apr. 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*